UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CHRISTOPHER DISTIN,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. ARMY, et.al.,<br><br>    Defendants. | Case No.: 1:20-cv-00860-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM FOR RELIEF<br><br>[ECF Nos. 12, 15] |

  Plaintiff Phillip Christopher Distin is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  The assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's complaint be dismissed without leave to amend, and this action be closed. (ECF No. 12.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (Id. at 4.) Plaintiff filed written objections to the findings and recommendations. (ECF No. 15.) Plaintiff's objections do not meaningfully challenge the analysis set forth in the findings and recommendations. (Id.)

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are adopted in full;
2. This action is dismissed, with prejudice, due to Plaintiff's failure to state a claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 8, 2020

_____

SENIOR  DISTRICT  JUDGE